# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Case No.: 19-11537-RAM
Chapter 13

Hector R Ortiz
Dessiree Marie De La Fe

_____Debtor(s)_____/

## OBJECTION TO CLAIM ON SHORTENED NOTICE

*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| 5 | PHEAA / Suntrust Bank | $9,387.31 |

Basis for Objection and Recommended Disposition

On or about February 28, 2019, Creditor filed a general unsecured proof of claim in the amount of $9,387.31 for a student loan account for Hector Ortiz. The student loan obligation is non-dischargeable and thus the Debtors will treat this creditor directly and outside the 100% plan. Therefore, the Debtors request that this debt be allowed as filed with no distribution from the Chapter 13 Trustee since the Debtors will pay the claim directly to the Creditor.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED: June 13, 2019          Respectfully Submitted:

Robert Sanchez, P.A.
355 West 49th Street
Hialeah, FL 33012
Fl. Bar No. 0442161
Telephone: (305) 687-8008
E-Mail: court@bankruptcyclinic.com

LF-70 (rev. 12/01/09)